**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

**PROVIDENCE, SC.** **SUPERIOR COURT**

| | | |
|---|---|---|
| **VICTOR PEREZ** | : | |
| | : | |
| **VS.** | : | **PM/06-3208** |
| | : | |
| **STATE OF RHODE ISLAND** | : | |

**ORDER DENYING APPLICATION**
**FOR POST-CONVICTION RELIEF**

After a hearing on March 30, 2007, this Court indicated to petitioner Perez that his application for post-conviction relief was without merit. The motion of petitioner's counsel, Terence Livingston, to withdraw from the case was granted. The Court then provided the petitioner with an opportunity to proceed pro se in furtherance of his application but nonetheless indicated its intention to dismiss the petition as lacking merit, absent any additional, compelling basis in support of it.

Petitioner thereafter filed a pro se Motion for Extension of Time to amend his application. The Court granted that motion and ordered that any such pleading be filed on or before April 13, 2007.

As of the date of this Order, petitioner has filed nothing, and his application remains bereft of basis. Accordingly, that application is hereby denied and dismissed.

The State's attorney shall present an appropriate form of Order of Judgment in favor of the State of Rhode Island.

**ENTER:**

Krause, J.
**Robert D. Krause, Associate Justice**

5-15-07
**Date**

**BY ORDER:**

Stephen M. Peso
**Clerk**

*cc: Victor Perez*
*Bethany Macktaz, Assistant Attorney General*
*Terrence Livingston, Esq.*

2007 MAY 15 P 1:41