**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **VICTOR PEREZ** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-228ML** |
| | : | |
| **A.T. WALL** | : | |

## APPENDIX

In accordance with Rule 5 of the Rules Governing Section 2254 Cases In The United States District Courts and AP 4(b)(1)(C), designated party/respondent State of Rhode Island ("State") has attached the opinion of the Rhode Island Supreme Court in State v. Perez, 882 A.2d 574 (R.I. 2005), as well as copies of the briefs that the Petitioner and the State filed in that case.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**CHRISTOPHER R. BUSH, #5411**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

Date: July 20, 2007

**CERTIFICATION**

I also certify that I sent a copy of this Appendix to the following by first-class mail on July 20, 2007:

Victor R. Perez
P.O. Box 8273
Cranston, R.I. 02920

Rosann Cardish