UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND

VS.

VICTOR PEREZ CA# 07--228ML

**MOTION TO DISMISS HABEAS CORPUS**

Now comes Victor Perez in the above entitled matter and moves this honorable court to dismiss his Habeas Corpus [ without prejudice] as defendant has filed his 28 U.S.C.A. § 2254 Habeas Corpus without first exhausting his state remedies. In the interest of justice, Defendant prays that this court shall grant his motion hereof.

Respectfully
Victor Perez
P.O. Box # 8273
Cranston RI 02920

Dated 7·30·07

**CERTIFICATION**

I Victor Perez hereby state that I have sent a true copy to the office of the Attorney General at; 150 South Main st, Providenc RI 02903 on this the 30 day of July 2007.

Victor Perez